*Grabicki, Respondent, v. Bays et al., Petitioners*, No. 93215-8. Petition for review of a decision of the Court of Appeals, No. 32336-6-III, March 29, 2016, 193 Wn. App. 104. *Denied* September 28, 2016.

*Thompson et al., Petitioners, v. City of Mercer Island, Respondent*, No. 93219-1. Petition for review of a decision of the Court of Appeals, No. 72809-1-I, March 14, 2016, 193 Wn. App. 653. *Denied* September 28, 2016.

*Chism, Respondent, v. Tri-State Constr., Inc., et al., Petitioners*, No. 93220-4. Petition for review of a decision of the Court of Appeals, No. 72844-0-I, May 9, 2016, 193 Wn. App. 818. *Denied* September 28, 2016.

*Stephens, Petitioner, v. Dep't of Corr., Respondent*, No. 93221-2. Petition for review of a decision of the Court of Appeals, No. 72950-1-I, March 7, 2016, 192 Wn. App. 1060. *Denied* September 28, 2016.

*State, Respondent, v. Allen, Petitioner*, No. 93225-5. Petition for review of a decision of the Court of Appeals, No. 73203-0-I, April 25, 2016, 193 Wn. App. 1034. *Denied* September 28, 2016.

*State, Respondent, v. Duenas-Barreto, Petitioner*, No. 93226-3. Petition for review of a decision of the Court of Appeals, No. 32220-3-III, April 14, 2016, 193 Wn. App. 1021. *Denied* September 28, 2016.

*State, Respondent, v. Logan, Petitioner*, No. 93234-4. Petition for review of a decision of the Court of Appeals, No. 33022-2-III, April 28, 2016, 193 Wn. App. 1039. *Denied* September 28, 2016.

*State, Respondent, v. Tasker, Petitioner*, No. 93237-9. Petition for review of a decision of the Court of Appeals, No. 32826-1-III, April 28, 2016, 193 Wn. App. 575. *Denied* September 28, 2016.